ARTHUR. WOLF, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Argued January 25, 1938; decided March 8, 1938.

*C. Elmer Spedick* and *Ralph A. Woodend* for appellant.
*John Bogart* and *Abraham P. Wilkes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.